For U.S.D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

CHRISTOPHER ODOM _____ )  To Be Assign by U.S.D.C.
[Enter the full name of the plaintiff in this action]   ) Clerk of Court.
CRC00 4639  H962707A                   ) Civil Action No. _____
                                        )         (to be assigned by Clerk)
                                        )
v.                                      )       C O M P L A I N T
                                        )         State Prisoner
STATE of South Carolina _____  )
et al. _____ )   SEE ATTACHMENT
#95DR1005342 et. AL. _____ )   A thru K
claim DATE 10-29-10 (Judge ____ )   I thru XI
GANfinleeC) seal on 10-29-10 __ )   Amendment to claim
[Enter above the full name of defendant(s) in this action]  10-29-10 / #95DR1005342
for U.S.D.C. of South Carolina

I.  PREVIOUS LAWSUITS    N/A

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?  Yes_____  No_____

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

      1. Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

      2. Court: ____N/A_____
         (If federal court, name the district; if state court, name the county)

      3. Docket Number: ____N/A_____

      4. Name(s) of Judge(s) to whom case was assigned: ____N/A_____

      5. Disposition: ____N/A_____
         (For example, was the case dismissed? Appealed? Pending?)

      6. Approximate date of filing lawsuit: ____N/A_____

      7. Approximate date of disposition: ____N/A_____

Sept. 23, 2013
pg. 1 of 18

Complaint - State Prisoner
Revised October 3, 2007

RECEIVED CLERK'S OFFICE 2013 SEP 25 A 10:09 DISTRICT COURT



For U.S.D.C.
For U.S.D.C.
OF South Carolina

RECEIVED CLERK'S OFFICE
2013 SEP 18 A 9:54
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

CHRISTOPHER ODOM )
         Plaintiff )
              V. ) Enclosed see
STATE OF South CAROLINA et. AL., ) Admendment of
CASE #2012-CP-10-6646 ) claim originally filed
CASE #95DR1005342, ) on 10-29-10.
et. AL

Claim originally filed on 10-29-10 At Family Court 100 BROAD ST. Chas. S.C. 29401 AND given to prison Authorities/Judge GARFINKEL At 100 BROAD STREET CHAS. S.C. whom (Judge GARFINKEL) Request that claim/civil Rights Lawsuit be Sealed. PLEASE ORDER RECORDS/CLAIM to be unseal AND Amended too enclosed complaint.
Also Plaintiff/Petitioner Reiterate Request on 10-29-10 complaint that this petition move in FORMA PAUPERIS.

sept-11 2013
Plaintiff/Petitioner

sept 23 2013
sept 20 of 26

FOR U.S.D.C.
• NOTE: Pages also in Roman Numerals I thru XII
Sept. 11th, 2013

# STATE OF SOUTH CAROLINA
## COUNTY OF CHARLESTON

Page A thru K
I thru XII

[See Pages A thru E]

CHRISTOPHER ODOM (Patient I.D. #CR.C004639-H9624707A)
PLAINTIFF

V.

STATE OF SOUTH CAROLINA, STATE OF SOUTH CAROLINA TAXPAYERS
THE PEOPLE OF CHARLESTON TAXPAYERS
CHARLESTON COUNTY PUBLIC DEFENDER'S OFFICE
SHERIFF AL CANNON EMPLOYEES
SHERIFF AL CANNON
SHERIFF AL CANNON DETENTION CENTER
SHERIFF OF CHARLESTON TAXPAYERS
CITY OF CHARLESTON TAXPAYERS/MAYOR RILEY
CITY OF N. CHARLESTON TAXPAYERS
CITY OF N. CHARLESTON TAXPAYERS/MAYOR K. SUMMEY
CITY OF CHARLESTON POLICE DEPARTMENT
CITY OF N. CHARLESTON POLICE DEPARTMENT
FAMILY COURT CASE # 10.3442/#95DR1005342
DEPARTMENT OF SOCIAL SERVICES OF S.C.
S.O.G. OF SHERIFF AL CANNON DETENTION CENTER
GOVERNOR NIKKI HALEY
SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH,
G. WERBER BRYAN PSYCHOLOGICAL HOSPITAL
DR. FERLAUTO, (M.U.S.C.) MEDICAL UNIVERSITY OF S.C.
DR. GRISWALD, (M.U.S.C.) MEDICAL UNIVERSITY OF S.C.
CRAFTS FARROW STATE HOSPITAL
SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH ①Employees ② STAFF
③ SECURITY AND ④ HEALTH CARE PROVIDERS
D.H.E.C. THE MEDICAL UNIVERSITY OF SOUTH CAROLINA, *M.U.S.C.*
CHAMPUS,
JUST CARE,
GEO
CHARLESTON COUNTY SOLICITORS OFFICE
U.S.P.C OF S.C./U.S.C.A. FOR THE FOURTH CIRCUIT OF RICHMOND, VIRGINIA/
UNITED STATES SUPREME COURT CASE Number 3:11-CV-2713, 3:11-CV-
901, 3:11-CV-903, 3:11-CV-605, 3:11-CV-606, 3:11-CV-1488, 11-063, 11-064,
11-065, 3:11-CV-1090, 3:11-CV-1081, 3:11-CV-1082, 3:11-CV-1083
3:11-CV-1093, 3:11-CV-365, WARRANT #K380534, WARRANT #K295040
WARRANT #K353668, WARRANT #30669ET, WARRANT #30669ET WARRANT
#2010-CP-10-0040, CASE OF SOUTH CAROLINA COURT OF APPEALS
2012-209410, #K353669, 2012-CP-10-6446, 3:11-CV-1053
ALL THE ABOVE NAME & CAPTIONED DEFENDANTS PERSONEL INJURY, GROSSLY
NEGLIGENCE INSURANCE POLICY HOLDERS, SOCIAL SECURITY CLAIM #MT3101,
DR. RUSSEL KEITH
DR. J. BENNICE
THE DEFENDANTS LIABILITY INSURANCE POLICY HOLDER

Sept. 23rd, 2013
Pg 3 of 18

DEFENDANT(S)

For U.S.P.C.
Sept. 11th 2013

# Complaint

Page B
II

The captioned Defendants violated Plaintiff personal property, Plaintiff physical being causing Plaintiff emotional distress, injuries and malicious mischief.

On October 12, 2010 thru November 29th 2011 all Defendants of caption willfully, recklessly, fraudulently with malice and grossly negligence to include however not limited to cruel and unusual punishment by placing Plaintiff in solitary confinement at S.A.C.D.C. in Unit 1A & Unit 1B, in C.C.O.H. hospital (located within S.A.C.D.C.) C.C.O.H. hospital incubator, G. Werber Bryan Psy hospital, Crafts Farrow State Hospital, Just Care and the South Carolina Department of Mental Health, in attempt to discredit Plaintiff civil action claims filed in the U.S.D.C. of South Carolina, U.S.C.A. for the 4th Circuit, Richmond Virginia, and the United States Supreme Court of Washington, D.C. Therefore, as a result Plaintiff was raped by the captioned Defendants, injected with drugs and was force to induce "the drug Haldol" (3) times a day for sixty (60) days, otherwise injured Plaintiff preventing Plaintiff from transacting Plaintiff business. Plaintiff suffered great pain of body and mind and incurred expenses for medical attention and hospitalization in the sum thousands of dollars. Wherefore, Plaintiff demands judgment against the captioned defendant or defendants (State of South Carolina taxpayer and State of South Carolina elected officials/Nickki Halley whom of authority/responsible in the sum of $16 million dollars, interest and cost (Plaintiff seeks damages also for February 14 2009 car window damages cost $300.00, Bail Bond $3,000.00. Defendants liability insurer.

Plaintiff reiterates and demand request that a restraint order be place on the defendants, defendants affiliation and defendant entities; ①State of South Carolina ②Charleston County public defenders office ③Sheriff Al Cannon ④Sheriff Al Cannon Employees/S.A.C.D.C. employees ⑤Family Court D.S.S. #18344Z/#95DR10053 42 ⑥C.C.O.H ⑦S.O.G. employees of S.A.C.D.C. ⑧S.O.G. employees of S.A.C.D.C. ⑨Governor Nickki Haley ⑩South Carolina Department of Mental Health staff, employees security and health care providers, Just Care, G.E.O. Champus G. Werber Psy Hospital, Crafts Farrow Hospital, Social Security claim #M73101 (Dr. Russel D. Kitch Dr. Jennifer Bennice) D.H.E.C. ⑪Charleston County Solicitors office ⑫Charleston County Public Defenders office Also all Defendants of U.S.D.C./U.S.C.A./U.S.S.C. Case(s): 3:11cv-2713, 3:11cv901, 3:11cv903, 3:11-cv-605, 3:11-cv-606, 3:11-cv-1488, 311-cv-365, 3:11-cv-1080, 3:11-cv-1081, 3:11cv1082, 3:11-cv-1083, 11-063, 11-064, 11-065, 3:11cv1053, 3:11-cv-1941 All the Defendants personel injury, negligence, grossly negligence policy holder(s) to include however not limited too warrant # K360534, Warrant #Z95040, Warrant #3066SET, warrant #3066GET, Case #2012-209410 case #M73101, warrant #K35366G. By reason of defendants malpractice

(continued on next page)

Sept. 23, 2013
pg. 4 of 18

FOR U.S.D.C. Sept. 11, 2013 [signature] PAGE C III

grossly negligence, cruel and unusual punishment, torture by placing plaintiff in solitary confinement, hospital incubators and state hospitals/state hospitalization from October 12, 2010 thru November 29th 2011 to include however not limited too S.O.G. employees, S.A.C.D.C. employees, S.C.D.M.H. employees (also the defendants placing plaintiff in restraint chair over (4) four times denying plaintiff access to the TTY phone, placing plaintiff in restraint chair on January 7th, 2011 not releasing plaintiff from restraint chair until January 8th, 2011 denying plaintiff access to drinking water, restroom use, ecetera. Also during this time frame the defendants [O.F.C. FOSE] kicks plaintiff and [O.F.C. SURFACE] sprays unknown chemicals in face of plaintiff and continued assault on plaintiff while plaintiff is seated restrained in restraint chair in Unit/A at S.A.C.D.C on January 7th, 2011 thru January 8th, 2011. The captioned throughout the year 2010 thru November 2011 placed plaintiff in "False Light" placing plaintiff in restraint in restraint chair and solitary confinement allowing civilian tourist, civilian children, civilian boys, civilian girls, civilian men, civilian women to view plaintiff in a "False Light" and defamation with malice and mockery, invading plaintiff privacy rights to include however not limited too plaintiff civil rights was violated by the hands of all captioned defendants with malice, throughout this complaint/civil rights action. Also S.O.G. [Officer Hood] shooting plaintiff with tazer gun on January 10th, 2011 and C.C.O.H. medical staff acting fraudulently as plaintiff medical facilitator (by co-conspiring with S.O.G. employees/S.A.C.D.C. employees C.C.O.H. Nurses A. Hec.) without plaintiff (notice of contract) written consent/signature. Charleston County Public Defenders Office/Charleston County Solicitors Office and the State of South Carolina co-conspiring to discredit plaintiff and plaintiff civil action claim(s) (Also see sealed family court documents case#95DR1005342 on November 29th, 2010 by Judge Paul Garfinkel and plaintiff request that sealed documents be amended to this civil action). Prior to these injuries plaintiff was a strong able bodied man capable of earnings by these injuries plaintiff has been made incapable of any gainful activity has suffered great physical and mental pain and has incurred expense of medicine, medical attendance and hospitalization. NOTE: for the record the plaintiff did not allow/consent to representation by Charleston County Public Defenders Office until December 2, 2011 and only reason/reasons the plaintiff consented to Charleston County Public Defenders Office Representation on December 2, 2011 is to stop the torture, cruel and unusual punishment, grossly negligence with malice and malpractice [Dr. Griswold, Dr. Ferlanto, C.C.O.H medical] to include however not limited torture by the hands of city of Charleston Police Department, City of North Charleston Police Department, City of Charleston Mayor Riley, City of North Charleston Mayor Summey, Sheriff Al Cannon, all captioned defendants of this complaint, civil action, personal injuries, torture towards plaintiff. The defendants breach the contract of the United States Constitution to include however not limited too

(CONTINUED ON NEXT PAGE)

[signature] Sept 23, 2013  pg 5 of 16

Page IV

denying Plaintiff "Due Process of Law". The Defendants housed Plaintiff in dilipated Jail cells of S.A.C.D.C. Unit 1A that exposed Plaintiff too paint peelings (Plaintiff mail evidence of paint peelings (Plaintiff mail evidence of paint peelings to U.S.D.C. Justices of South Carolina). These jail cells of Unit 1A S.A.C.D.C. are infested with bacteria feces on walls and ceilings. The defendants also exposed Plaintiff to those fumes, and fresh paint fumes while the defendant attempt to cover feces/bacteria floors and walls with fresh paint in Unit 1A to allure government Inspector/Accreditation of S.A.C.D.C. condition of jail score, living condition of haised detainees/Plaintiff. These solitary confinement condition to include however not limited fumes, bacteria walls, ceiling and floors of unit 1A cause Plaintiff medical problems (see medical reports). Throughout solitary confinement the Defendants of S.A.C.D.C. employees used "food as weapon" (denying Plaintiff meals) causing Plaintiff great weight lost. Note: Inmates/Detainees/Plaintiff to eat meals in dilipated cells in Unit 1A therefore it is arbitrarly impossible to Unit 1A/Unit 1B detainee/Plaintiff are recieving meals. S.A.C.D.C. Unit 1A and Unit 1B has tables for inmate to sit outside cells in Unit 1A and Unit 1B to eat meals however S.A.C.D.C. center employees refuse to allow inmates to use tables that the taxpayers pair for in Unit 1A and Unit 1B to eat these meals where also video-recording can confirm reciept of meals/such actions. Freedom of Information Act Requires the government of South Carolina to make available video-recording from October 12, 2010 thru November 29th, 2011 to include however not limited all documents of Plaintiff involuntary confinement movements from October 12, 2010 thru November 29th 2011. This is a Request of Plaintiff, of all Records, medical records, video-recordings, computer records notes ec'etera under the Freedom of Information Act.

Note: The City of North Charleston Police Department/escorted a tour of Unit 1A at S.A.C.D.C. consisting of kids whom view the Plaintiff restrain in restraint chair in the month of August 2011 without Plaintiff consent Detaining Plaintiff in a false light." See the video in Unit 1A. All the captioned Defendants has Defame Plaintiff in a "false light" from October 12, 2010 (thru November 29th, 2011) thru release of Plaintiff in January 24th, 2012 while suffering placement/conditions/treatment in Unit 1A, Unit 1B, restraint chair numerous times, Plaintiff being taze with tazer gun Plaintiff gas with unknown substance/chemicals, Plaintiff being placed in cells with feces, bacteria, peeling paint, gas chemicals all in-broded on walls, floors and ceilings.

(continued on next page)

Sept 23, 2013
pg 6 of 10

FOR U.S.D.C. Sept. 11, 2013                                                        PAGE E
                                                                                        V

placement in C.C.O.H. medical facility cells, to include C.C.O.H. medical cell incubator (for approximately (1) week) by S.A.C.D.C. employees (see U.S.D.C. of South Carolina civil action claim 3:11-w-1489) without any medical diagnose, nor medical confirmation of any harmful illness to plaintiff, plaintiff surroundings and or environment. Note: The defendants has a history of placing plaintiff in solitary confinement see U.S.D.C. case for reference: Christopher Odom v. Veronica Smalls ect. Plaintiff refuses to allow defendants to inject plaintiff with syringes of unknown substance. The defendant continue this history on October 12, 2010 thru November 29th, 2011 (see U.S.D.C. 3:11-cv-2713) placing plaintiff in South Carolina Department of Mental Health, G. Werber Bryan Psy Hospital, Crafts Farrow State Hospital, G.E.O., Just Care (Doctors Ferlant and Dr. Griswald) (see U.S.D.C. of S.C. 3:11-cv-901, U.S.D.C. of S.C. 3:11-cv-903) and raped and injected drugs in plaintiff while the defendants of S.C.D.M.H. employees/staff/security held down plaintiff on September 28th, 2011. These S.C.D.M.H. officials, doctors, nurses, security officers and staff continued to threaten and forcefully make plaintiff induce the drug "HALDOL". Plaintiff suffers loss of sleep, nightmares and need of lifetime medical treatment from non-affiliated healthcare providers of the defendants to include however not limited Dr. Russel Keith and Dr. J. Bernice of Social Security claim # M73101. The defendants made plaintiff induce the drug "HALDOL" 3 times a day for 60 days with threats and force using security and employees to bully the plaintiff. Bullying must stop, raping must stop. Forcefully placing plaintiff in S.C.D.M.H. facility and the failure of defendants to serve and protect plaintiff the State of South Carolina and all captioned defendants has caused plaintiff to be mentally poison for life and other medical conditions therefore will be held responsible of judgment against defendants in the sum of #16million dollars. The City of Charleston taxpayers, Mayor Riley, the City of Charleston police department, the City of North Charleston taxpayers, Mayor Summey, the City of North Charleston police department, Nickel, Haley, Governor of S.C. and the State of South Carolina taxpayers to include however not limited too all captioned defendants and all caption. Defendants, all captioned defendants personal injury/grossly negligence insurance policy holders will be held liable/responsible. Wherefore plaintiff demands judgment against the defendants in the sum of $16million dollars. The captioned defendants violated plaintiff personal property, plaintiff physical being, causing plaintiff emotional distress, injuries while the defendants continue there deliberate malicious mischief on plaintiff, plaintiff is traumatized. The forgoing is true and correct. September 11th, 2013

                                                                Date: September 11th, 2013
                                                                _____
                                                                CHRISTOPHER ODOM
                                                                PLAINTIFF
                                                                                sept 17, 2013
                                                                                sept pg 7 of 18

FOR U.S.D.C.

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

See Attachment A thru K / I thru XI. And original Complaint filed on 10-29-10 At Family Court 100 Broad St. Chas. S.C. 29401, Judge Paul Garfinkel.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 23rd day of September, 20 13.

_Signature of Plaintiff_

Complaint - State Prisoner
Revised October 3, 2007

Sept. 23, 2013
pg. 16 of 16