UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Christopher Odom,<br><br>                    Plaintiff,<br><br>vs.<br><br>State of South Carolina; Family Court Case # 183442/#950R1005342, Claim Date 10-29-10, Judge Garfinkel, seal on 10-29-10; State of South Carolina Taxpayers; People of Charleston Taxpayers; Charleston County Public Defenders Office; Sheriff Al Cannon Employees; Sheriff Al Cannon; Sheriff Al Cannon Detention Center; City of Charleston Taxpayers; City of Charleston Taxpayers/Mayor Riley; City of N. Charleston Taxpayers; City of N. Charleston Taxpayers/Mayor K. Summey; City of Charleston Police Department; City of N. Charleston Police Department; Department of Social Services S.C.; S.O. G. of Sheriff Al Cannon Detention Center; Governor Nickki Haley; South Carolina Department of Mental Health; G. Werber Bryan Psychological Hospital; Dr. Ferlanto, M.U.S.C.; Dr. Griswald, M.U.S.C.; Crafts Farrow State Hospital; SCDMH Employees; SCDMH Staff; SCDMH Security; SCDMH Health Care Providers; D.H.E.C.; Champus; The Medical University of South Carolina; Just Care; G.E.O.; Charleston County Solicitors Office; United States District Court (various case numbers); Fourth Circuit Court of Appeals (various case numbers); United States Supreme Court (various case numbers); South Carolina Court of Appeals (various case numbers); Dr. Russell Keith; Dr. J. Bennice; the Defendants Liability Insurance Policyholder; Alan Wilson, Attorney General; Albert Pierce, Atty of SCDMH; South Carolina Taxpayers/S.C. State Treasury,<br><br>                    Defendants. | C/A No.: 5:13-2632-RMG-KDW<br><br><br>ORDER |

    This is a civil action filed by a pro se litigant appearing in forma pauperis. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Order dated October 15, 2013, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiff has submitted his response to the court's Order, and this Order is the

result of those submissions.

**MOTION FOR ISSUANCE OF SUBPOENA**:

Plaintiff asks the court to issue subpoenas for various school, medical, business, and court records for his use in a social security claim and this case. In light of the conclusions contained in the Report and Recommendation issued contemporaneously with this Order, Plaintiff's Motion for Issuance of Subpoena, ECF No. 10, is **denied** without prejudice.

**TO THE CLERK OF COURT**:

Based on the caption of the Amended Complaint (ECF No. 18), the Clerk is directed to add the following names to the lists of Defendants on the court's docket: Alan Wilson, Attorney General of South Carolina; Albert Pierce, Atty of SCDMH, and South Carolina Taxpayers/S.C. State Treasury.

The Clerk of Court is directed *not* to issue any summonses or forward this matter to the United States Marshal for service of process at this time.

IT IS SO ORDERED.

December 5, 2013                                         Kaymani D. West
Florence, South Carolina                            United States Magistrate Judge

2